United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHERYL ANATOLE HOLMES, ) | Case No.: 12-CV-06193-LHK |
| ) | |
| Plaintiff, ) | ORDER VACATING HEARING; |
| v. ) | CONTINUING CASE MANAGEMENT |
| ) | CONFERENCE |
| ELECTRONIC DOCUMENT PROCESSING, ) | |
| INC. and TANAYA V. SULCER, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Motion to Dismiss appropriate for determination without oral argument. Accordingly, the hearing scheduled for July 25, 2013, is hereby VACATED. The Court will issue an order on the Motion to Dismiss shortly. The case management conference is CONTINUED to October 9, 2013, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: July 22, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 12-CV-06193-LHK
ORDER VACATING HEARING; CONTINUING CASE MANAGEMENT CONFERENCE