UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CHERYL ANATOLE HOLMES,

        Plaintiff(s),                 No. CV 12-06193 LHK

    v.                                 **JUDGMENT** IN A CIVIL CASE

ELECTRONIC DOCUMENT PROCESSING,
INC., et al

        Defendant(s).
_____/

    Pursuant to the Notice of Acceptance of Defendant's Rule 68 Offer of Settlement filed August 26, 2013,

    it is Ordered, Adjudged and Decreed

    that judgment be entered in favor of Plaintiff and against Defendant pursuant to the terms outlined in the Offer of Settlement.

    IT IS SO ORDERED.

Dated: September 10, 2013

                                            Richard W. Wieking, Clerk

                                            By: <u>Martha Parker Brown</u>
                                               <u>Deputy Clerk</u>