# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| CHERYL ANATOLE HOLMES | ) | |
| | ) | |
| v. | ) | Case No.: 5:12-CV-06193-LHK-HRL |
| ELECTRONIC DOCUMENT PROCESSING, INC., et al. | ) ) ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __09/10/2013__ against __all Defendants__ ,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---:|
| Fees of the Clerk | $ | 350.00 |
| Fees for service of summons and subpoena | | 217.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | |
| Fees and disbursements for printing | | |
| Fees for witnesses *(itemize on page two)* | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. | | |
| Docket fees under 28 U.S.C. 1923 | | |
| Costs as shown on Mandate of Court of Appeals | | |
| Compensation of court-appointed experts | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| Other costs *(please itemize)* | | |
| | TOTAL $ | 567.00 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service　　　　☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney: _/s/_ _____

Name of Attorney: Fred W. Schwinn

For: __CHERYL ANATOLE HOLMES__　　　　Date: __09/10/2013__
　　　　*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

*Clerk of Court*　　　　　　*Deputy Clerk*　　　　　　*Date*

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611012919
Cashier ID: macicg
Transaction Date: 12/06/2012
Payer Name: Consumer Law Center, Inc.
----------------------------------------
CIVIL FILING FEE
  For: Cheryl Anatole Holmes
  Case/Party: D-CAN-5-12-CV-006193-001
  Amount:         $350.00
----------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 13966
  Amt Tendered: $350.00
----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

5:12-CV-06193-HRL
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.



# Invoice

**Remit to:**
Rapid Legal, Inc.
PO Box 4748
Chino Hills, CA 91709
Tax ID #95-4470545

| Date | Invoice # |
|---|---|
| 1/15/2013 | 876519 |
| Terms | Net 15 |

| Bill To | |
|---|---|
| Account # | 35063 |

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113
Attn: Fred Schwinn
Client Matter: 5:12-CV-06193-HRL

**Requested By**

| Case No. |
|---|
| 5:12-CV-06193-HRL |

**Date Completed**
1/15/2013

| Description | Amount |
|---|---|
| Serve - Standard<br>CASE: Cheryl Anatole Holmes v Electronic Document Processing, Inc., et al.<br>DOCUMENTS: ADR Handbook, ADR Instructions & Forms Packet, Complaint, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Summons<br>PARTY TO SERVE: Electronic Document Processing, Inc., d/b/a EDP Legal Services, Inc., a California corporation<br>ADDRESSES ATTEMPTED: 2 Park Plaza, Suite 650, Irvine, CA 92614;<br>ADDRESS SERVED: 16700 Valley View Avenue , suite 440, La Mirada, CA 90638 | 69.00 |
| Additional address (Standard) | 69.00 |
| Witness Fees Advanced | 0.00 |
| Advance Administration Fee | 0.00 |

| | |
|---|---|
| Total | $138.00 |
| Payments/Credits | $0.00 |
| Balance Due | $138.00 |

Phone 909.664.9565
Fax 909.597.9178

Thank you for your business!

www.rapidlegal.com

*There will be a $25 fee charged for any returned checks.



# Invoice

**Remit to:**
Rapid Legal, Inc.
PO Box 4748
Chino Hills, CA 91709
Tax ID #95-4470545

| Date | Invoice # |
|---|---|
| 1/17/2013 | 876522 |
| Terms | Net 15 |

| Bill To |
|---|
| Account # 35063 |
| Consumer Law Center, Inc.<br>12 South First Street, Suite 1014<br>San Jose, CA 95113<br>Attn: Fred Schwinn<br>Client Matter: 5:12-CV-06193-HRL |

| Requested By |
|---|
|  |

| Case No. |
|---|
| 5:12-CV-06193-HRL |

| Date Completed |
|---|
| 1/17/2013 |

| Description | Amount |
|---|---|
| Serve - Standard<br>CASE: Cheryl Anatole Holmes v Electronic Document Processing, Inc., et al.<br>DOCUMENTS: ADR Handbook, ADR Instructions & Forms Packet, Complaint, ECF Registration Information Handout, Order Setting Initial Case Management Conference and ADR Deadlines, Summons<br>PARTY TO SERVE: Tanaya V. Sulcer, individually and in her official capacity<br>ADDRESSES ATTEMPTED: 1416 - 90th Street, Oakland, CA 94603;<br>ADDRESS SERVED: 1416 - 90th Street, Oakland, CA 94603 | 69.00 |
| Declaration of Mailing | 10.00 |
| Witness Fees Advanced | 0.00 |
| Advance Administration Fee | 0.00 |

**Total** $79.00
**Payments/Credits** $0.00
**Balance Due** $79.00

Phone 909.664.9565
Fax 909.597.9178

Thank you for your business!

www.rapidlegal.com

*There will be a $25 fee charged for any returned checks.